UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

ANDRICA CAGE, as Personal Representative
of the ESTATE OF SAMUEL STERLING,
deceased,

    Plaintiff,

v

BRIAN KEELY, in his individual
capacity,

    Defendant.

Case No. 1:25-cv-00089

HON. HALA Y. JARBOU

MAG. JUDGE MAARTEN VERMAAT

---

| | |
|---|---|
| VEN R. JOHNSON (P39219)<br>AYANNA D. HATCHETT (P70055)<br>VEN JOHNSON LAW, PLC<br>Attorneys for Plaintiff<br>535 Griswold Street, Suite 2600<br>Detroit, MI 48226<br>(313) 324-8300<br>vjohnson@venjohnsonlaw.com<br>ahatchett@venjohnsonlaw.com | G. GUS MORRIS (P32960)<br>JOHN T. GEMELLARO (P74141)<br>**McGRAW MORRIS P.C.**<br>Attorneys for Defendant<br>2075 W. Big Beaver Road, Ste. 750<br>Troy, MI 48084<br>(248) 502-4000<br>gmorris@mcgrawmorris.com<br>jgemellaro@mcgrawmorris.com |

---

### DEFENDANT, BRIAN KEELY'S STIPULATED ORDER FOR EXTENSION OF TIME TO FILE ANSWER TO PLAINTIFF'S COMPLAINT

Defendant, BRIAN KEELY, requiring additional time to respond to Plaintiff's Complaint, and Plaintiff agreeing to Defendant's request for additional time, and the Court being further fully advised in the premises;

NOW, THEREFORE;

IT IS HEREBY ORDERED that Defendant, BRIAN KEELY, shall have until **April 1, 2025**, in which to file an Answer to Plaintiff's Complaint.

Dated: February 6, 2025

/s/ Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge

STIPULATED AND AGREED:

VEN JOHNSON LAW, PLC                                **McGRAW MORRIS P.C.**

BY:/s/Ayanna D. Hatchett (w/consent)                BY: /s/ John T. Gemellaro
AYANNA D. HATCHETT (P70055)                         JOHN T. GEMELLARO (P74141)
Attorneys for Plaintiff                             Attorneys for Defendant