UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRICA CAGE,

        Plaintiff,                      Case No. 1:25-cv-00089-HYJ-MV

v.                                    Hon. Hala Y. Jarbou

BRIAN KEELY,

        Defendant.
_____/

## ORDER RESCHEDULING RULE 16 CONFERENCE

      The Rule 16 Conference set in this matter for 8/26/2025 is rescheduled to July 29, 2025 at 01:30 PM with Magistrate Judge Maarten Vermaat, by video.   The joint status report will be due no later than July 22, 2025.   In all other respects, the original Order Setting Scheduling Conference remains in effect.

      IT IS SO ORDERED.

Dated:  July 11, 2025                        /s/ Maarten Vermaat
                                                  MAARTEN VERMAAT
                                                  U.S. Magistrate Judge