UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRICA CAGE,

       Plaintiff,                        Case No. 1:25-cv-00089-HYJ-MV

v.                                      Hon. Hala Y. Jarbou

BRIAN KEELY,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Status Conference
Date/Time:               December 15, 2025   01:30 PM
Magistrate Judge:   Maarten Vermaat
Place/Location:       by video

                                              MAARTEN VERMAAT
                                              U.S. Magistrate Judge

Dated:   July 29, 2025         By:     /s/ C. A. Moore_____
                                            Courtroom Deputy