UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

VIDEO CONFERENCE INFORMATION

**Recording or broadcasting of this proceeding is prohibited per LGenR 4.1(c)(i) and (ii).**

**1:25-cv-89 Cage v Keely (Status Conference)**

**Dec 15, 2025 01:30 PM Eastern**

**Join ZoomGov Meeting Using Link:**
https://www.zoomgov.com/j/1606394998?pwd=5Ce28drIcuDTQETcK1EtNodmsLG6jx.1

**Join ZoomGov Meeting Using Zoom Client:**
**Meeting ID: 160 639 4998**
**Passcode: 110698**

**Join ZoomGov Meeting Using Phone Only:**
**646 828 7666**
**Meeting ID: 160 639 4998**
**Passcode: 110698**

**Join by SIP:**
**160 639 4998@sip.zoomgov.com**

**Join by H.323:**
**161.199.138.10(US West)**
**161.199.136.10(US East)**
**Passcode: 110698**