**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| ANDRICA CAGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) 1:25-cv-00089 |
| BRIAN KEELY, et al., | ) |
| | ) HON. HALA Y. JARBOU |
| Defendants. | ) |

## NOTICE OF UNAVAILABILITY

The undersigned law firm hereby gives Notice to this Court and all attorneys and parties of record that Attorney, Lance J. LoRusso shall be unavailable as follows:

- Lance J. LoRusso shall be unavailable February 9-16, 2026;

- Lance J. LoRusso shall be unavailable March 10-12, 2026;

- Lance J. LoRusso shall be unavailable March 23-27, 2026;

- Lance J. LoRusso shall be unavailable March 30-April 2, 2026;

- Lance J. LoRusso shall be unavailable April 20-24, 2026;

- Lance J. LoRusso shall be unavailable May 6-8, 2026;

- Lance J. LoRusso shall be unavailable June 1-16, 2026;

- Lance J. LoRusso shall be unavailable June 15-18, 2026;

- Lance J. LoRusso shall be unavailable July 20-24, 2026;

- Lance J. LoRusso shall be unavailable September 21-25, 2026;

- Lance J. LoRusso shall be unavailable September 28-29, 2026;

- Lance J. LoRusso shall be unavailable November 9-December 7, 2026;

- Lance J. LoRusso shall be unavailable December 14 – 18, 2026; and

- Lance J. LoRusso shall be unavailable December 21 – January 4, 2026.

The law firm requests that no appointments, mediations, depositions, conferences, hearings, and other legal proceedings be scheduled during these times.

Further, the law firm requests no email or correspondence should be sent setting a deadline for response during the time Mr. LoRusso is unavailable and for three business days after the conclusion of the time of unavailability.

Respectfully submitted the 16th day of January, 2026.

*/s/ Lance J. LoRusso*
Lance J. LoRusso, Esq
Georgia Bar No. 458023
Attorney for Defendant

LORUSSO LAW FIRM, PC
1827 Powers Ferry Road SE
Building 8, Suite 200
Atlanta, GA 30339
(770) 644-2378
lance@lorussolawfirm.com

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| ANDRICA CAGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 1:25-cv-00089 |
| BRIAN KEELY, et al., | ) | |
| | ) | HON. HALA Y. JARBOU |
| Defendants. | ) | |

## CERTIFICATE OF COMPLIANCE

The undersigned attorney hereby certifies that the foregoing document, which was prepared using Times New Roman, 14-point font, with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Respectfully submitted the 16th day of January, 2026.

/s/ Lance J. LoRusso
Lance J. LoRusso, Esq
Georgia Bar No. 458023
Attorney for Defendant

3

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ANDRICA CAGE,      )
            )
    Plaintiff,    )
v.           ) CIVIL ACTION NO.:
            ) 1:25-cv-00089
BRIAN KEELY, et al.,    )
            ) HON. HALA Y. JARBOU
    Defendants.   )

## CERTIFICATE OF SERVICE

I certify that I electronically filed the within and foregoing with the Clerk of the Court using the CM/ECF system.

Respectfully submitted the 16th day of January, 2026.

         */s/ Lance J. LoRusso*
         Lance J. LoRusso, Esq
         Georgia Bar No. 458023
         Attorney for Defendant

4